UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NATHANIEL A. TOLER                                      CIVIL ACTION

VERSUS                                                  NO:    08-1046

ACORN INTERNATIONAL, INC.                               SECTION: "S" (4)

**REPORT AND RECOMMENDATION**

This case was referred to the undersigned United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(b) and Local Rule 73.1E(A), for the submission of the Proposed Findings and Recommendations.

**I.      Factual Summary**

On September 12, 2007, the Plaintiff, Nathaniel A. Toler ("Toler"), filed a Complaint against the Acorn/Warn International and Acorn International (collectively "Acorn") in the Superior Court of the State of California for the County of Merced. On October 30, 2007, the case was removed to the United States District Court for the Eastern District of California in Fresno. (*See* R. Doc. 1-3, pp. 1-2.) Thereafter, on February 19, 2008, the case was transferred to this District. (*See generally* R. Doc. 1.)

On February 3, 2009, the Court attempted to conduct the Rule 16 Scheduling Conference in the above-captioned matter. (*See* R. Docs. 14, 16.) However, Toler failed to make an appearance or otherwise contact the Court. (R. Doc. 16.) Despite further attempts to contact Toler at the number in the record, (904) 210-1131, the Court was unable to reach him. (R. Doc. 16.) Accordingly, the

Court rescheduled the Rule 16 Conference for March 3, 2009. The Court also ordered Toler to provide a telephone number where he could be reached for the conference, specifically noting that "failure to comply with this Order may result in dismissal without further notice." (R. Doc. 16.)

On March 3, 2009, the Court attempted to conduct a second Rule 16 Scheduling Conference in this case, to no avail. Toler failed to comply with the Court's Order (R. Doc. 16) to provide a working telephone number. Additionally, mail sent to Toler was marked "Return to Sender, Not Deliverable as Addressed, Unable to Forward." (R. Doc. 17.) To date, the Court has made numerous attempts to move this case forward without any response whatsoever from Toler.

**II.    Analysis**

Rule 41(b) of the Federal Rules of Civil Procedure specifically provides that a court may, in its discretion, dismiss a plaintiff's claim for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or any order of the court. A Rule 41(b) dismissal is considered an adjudication on the merits. Fed. R. Civ. P. 41(b). In determining whether to dismiss a claim, courts have traditionally considered the extent to which the plaintiff, rather than his counsel, has been responsible for any delay or failure to comply with a rule or order. *See e.g. Silas v. Sears, Roebuck & Co.*, 586 F.2d 382 (5th Cir. 1978); *Ramsay v. Bailey*, 531 F.2d 706 (5th Cir. 1976).

The record indicates that the Court has been more than lenient with Toler in an attempt to proceed forward with this matter. However, the Court cannot allow a continued failure to comply with the Court's Orders. Toler has offered no explanation, and the Court can find none in the record, for the delay in prosecuting these claims. Therefore, dismissal of Toler's action is proper under Fed. R. Civ. P. 41(b).

**III. Recommendation**

Accordingly,

It is **RECOMMENDED** that Nathaniel A. Toler's Complaint be **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a Magistrate Judge's Report and Recommendation **within ten (10) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court, provided that the party has been served with notice that such consequences will result from a failure to object. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).

New Orleans, Louisiana, this 11th day of May 2009

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**