# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NATHANIEL A. TOLER | CIVIL ACTION |
| VERSUS | NO: 08-1046 |
| ACORN INTERNATIONAL, INC. | SECTION: "S" (4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the Plaintiff, Nathaniel A. Toler's claims against the Defendants, Acorn/Warn International and Acorn International, Inc., are **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 26th day of June 2009

_____
**UNITED STATES DISTRICT JUDGE**